# *TRUONG V GARDEN VIEW TOWNHOMES, LLC ET AL.*
# CV-19-05398-PHX-DLR

## Table of Contents

| | Document Title |
|---|---|
| | **Plaintiff's Motion for Summary Judgment** |
| 1 | Exhibit 1 - Declaration of Shannon Truong |
| 2 | Exhibit 2 - Defendants' Responses to Plaintiff's First Set of Non-Uniform Interrogatories 1 – 10 |
| 3 | Exhibit 3 - Defendants' Answers to Plaintiff's Second Set of Requests for Non-Uniform Interrogatories 11 – 12 |
| 4 | Exhibit 4 - Independent Contractor Agreements |
| 5 | Exhibit 5 - Defendants' Response to Plaintiff's First Set of Requests for Admissions 1 – 7 |
| 6 | Exhibit 6 - Amendment to Defendants' Responses to Plaintiff's Second Set of Requests for Admission 10, 11, 18 |
| 7 | Exhibit 7 - Defendants' MIDP |
| 8 | Exhibit 8 - Defendants' Response to Plaintiff's First Set of Requests for Production of Documents and Things 1 – 10 |
| 9 | Exhibit 9 - Deposition Transcript of Plaintiff Shannon Truong |
| 10 | Exhibit 10 - Deposition Transcript of Tenant Kay Kyle |
| 11 | Exhibit 11 - Affidavit of Tenant Kay Kyle |
| 12 | Exhibit 12 - Deposition Transcript of Tenant Lucia Montano |
| 13 | Exhibit 13 - Affidavit of Tenant Lucia Montano |
| 14 | Exhibit 14 - Affidavit of Tenant Reginald Baker |
| 15 | Exhibit 15 - Affidavit of Tenant Jeffrey Olson |
| 16 | Exhibit 16 - Affidavit of Tenant Cindy Jones |
| 17 | Exhibit 17 - Color-Coded Excel Spreadsheet |
| 18 | Exhibit 18 - Plaintiff's Phone Records |
| 19 | Exhibit 19 - Plaintiff's Affidavit Regarding Her Phone Records |
| 20 | Exhibit 20 - Defendants' Responses to Plaintiff's Second Set of Requests for Admissions 8 – 23 |
| 21 | Exhibit 21 - Text Messages between Plaintiff and Mr. Janowiak |