EXHIBIT 1

**EXHIBIT 1**

Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Shannon Truong,** an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**Garden View Townhomes, LLC**, an Arizona company; **Franciszek Janowiak,** an Arizona resident; and **Elzbieta Janowiak,** an Arizona resident;<br><br>Defendants. | Case No. 2:19-CV-05398-DLR<br><br>**DECLARATION OF SHANNON TRUONG**<br><br>**(Assigned to the Hon. Douglas L. Rayes)** |

1. I am the Plaintiff in the above-captioned action. I am over the age of twenty-one years old and am competent to testify regarding the facts set forth herein, as they are based on my personal knowledge.

2. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

3. I am known by a few names which are my Chinese name and my maiden names. They include Shannon Truong, Shannon Gana, Shannon Wu, and Mai. I also go by a combination of these names.

4. I worked for Defendants between May 1, 2015 through September 20, 2019.

5. I was terminated on September 20, 2019.

6. I received no monetary wages for work I performed for Defendants.

7. I signed the five documents in Exhibit 4 titled "Independent Contractor Agreement."

8. I would communicate multiple times per day through text message with Mr. Janowiak and multiple tenants.

9. I lost my phone at the beginning of litigation and therefore my text messages were lost with it.

10. Some of my job duties included collecting rent, accepting rental applications, showing units, watching for general safety of the complex, daily pool duties, unlocking the pool at open, closing the pool at close, general property cleanup, and turning the gate off before storms.

DATED on  09 / 21 / 2020

By: *Shannon G Truong*

Shannon Truong